## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 2:08-CR-62 |
| MISTI MARIE HATCHETT, ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty By Defendant Misti Marie Hatchett, (DE # 40) filed on November 14, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon Defendant's plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Misti Marie Hatchett's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 641.

This matter is set for sentencing on January 21, 2009, at 2:30 p.m.

**DATED:** December 4, 2008        /s/RUDY LOZANO, Judge
                                   **United States District Court**